```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00605
    JAMES J FOSTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5620


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/12/2007 and was confirmed 04/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 09/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC   5650.00          519.16        2361.94
AMERICREDIT FINANCIAL SV UNSECURED       4969.08             .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS      413.04             .00         413.04
ERIKA REESE              NOTICE ONLY    NOT FILED            .00            .00
STATE DISBURSEMENT UNIT  NOTICE ONLY    NOT FILED            .00            .00
BANK ONE NATL BKCY DEPT  UNSECURED      NOT FILED            .00            .00
CAPITAL ONE              UNSECURED        982.01             .00            .00
CHASE BANK USA           UNSECURED      NOT FILED            .00            .00
CHICAGO DEPT OF REVENUE  UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED       1010.00             .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00            .00
COMCAST                  UNSECURED      NOT FILED            .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
MUNSTER MEDICAL RESEARCH UNSECURED       3863.75             .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
COMMUNITY HOSPITAL UNIVE UNSECURED      NOT FILED            .00            .00
EMERGENCY MEDICINE       UNSECURED      NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV UNSECURED      NOT FILED            .00            .00
CREDITORS COLLECTION     UNSECURED      NOT FILED            .00            .00
IMPERIAL BANK            UNSECURED      NOT FILED            .00            .00
LINCOLN AUTO             UNSECURED      NOT FILED            .00            .00
LVNV FUNDING             UNSECURED      NOT FILED            .00            .00
MUNSTER RADIOLOGY GROUP  UNSECURED        188.00             .00            .00
NIPSCO                   UNSECURED        180.01             .00            .00
NWI PATHOLOGY CONSULT PC UNSECURED      NOT FILED            .00            .00
KOMYATTASSOC             UNSECURED       1405.00             .00            .00
KOMYATTASSOC             UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        170.95             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00605 JAMES J FOSTER
```

```
RIVER PARK APTS            UNSECURED        NOT FILED              .00            .00
SANTA BARBARA BANK & TRU   UNSECURED        NOT FILED              .00            .00
SBC                        UNSECURED        NOT FILED              .00            .00
ST JAMES OLYMPIA FIELDS    UNSECURED        NOT FILED              .00            .00
STANTTON REALTY            UNSECURED        NOT FILED              .00            .00
T-MOBILE USA               UNSECURED         1135.07               .00            .00
TIMOTHY K LIOU             UNSECURED        NOT FILED              .00            .00
US DEPT OF EDUCATION       UNSECURED         9778.99               .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          505.80               .00            .00
DANNY MCNEIL               NOTICE ONLY      NOT FILED              .00            .00
PROMPT AMBULANCE SVC       UNSECURED        NOT FILED              .00            .00
PROVIDENT HOSPITAL COOK    UNSECURED        NOT FILED              .00            .00
PROVIDENT HOSPITAL COOK    UNSECURED        NOT FILED              .00            .00
COMMUNITY HOSPITAL PATIE   NOTICE ONLY      NOT FILED              .00            .00
DR RENEE EARLES            UNSECURED        NOT FILED              .00            .00
EMERGENCY ROOM CARE PROV   UNSECURED        NOT FILED              .00            .00
HOLY CROSS HOSPITAL        UNSECURED        NOT FILED              .00            .00
DAVID M SIEGEL             DEBTOR ATTY       3,000.00                          770.21
TOM VAUGHN                 TRUSTEE                                             301.97
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,366.32

PRIORITY                                           413.04
SECURED                                          2,361.94
   INTEREST                                        519.16
UNSECURED                                             .00
ADMINISTRATIVE                                     770.21
TRUSTEE COMPENSATION                               301.97
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                   4,366.32                4,366.32
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 12/29/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 07 B 00605 JAMES J FOSTER